CO-386
10/2018

# United States District Court
# For the District of Columbia

Maverick Gaming LLC,           )
                               )
                               )
                               )
                    Plaintiff  )
            vs                 )      Civil Action No. __1:22-cv-00068_____
                               )
The United States of America, et al.,  )
                               )
                               )
                    Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Maverick Gaming LLC,_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Maverick Gaming LLC,_____ which have any outstanding securities in the hands of the public:

> Maverick Gaming LLC, a nongovernmental limited liability company, has no parent company, subsidiary, or affiliate that has outstanding securities in the hands of the public, and no publicly held corporation owns 10% or more of Maverick Gaming LLC's stock.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ Theodore B. Olson*
Signature

D.C. Bar No. 367456                    Theodore B. Olson
_____               _____
BAR IDENTIFICATION NO.                 Print Name

                                       1050 Connecticut Avenue, N.W.
                                       _____
                                       Address

                                       Washington, D.C. 20036
                                       _____
                                       City           State         Zip Code

                                       202.955.8668
                                       _____
                                       Phone Number