IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>12530 NE 144th Street,<br>Kirkland, WA 98034<br><br>    Plaintiff,<br><br> v.<br><br>THE UNITED STATES OF AMERICA,<br><br>555 4th Street, NW, Washington, DC 20001,<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>1849 C Street, NW, Washington, DC 20240,<br><br>DEB HAALAND, in her official capacity as Secretary of the Interior,<br><br>1849 C Street, NW, Washington, DC 20240,<br><br>BRYAN NEWLAND, in his official capacity as Assistant Secretary – Indian Affairs,<br><br>1849 C Street, NW, Washington, DC 20240,<br><br>JAY INSLEE, in his official capacity as the Governor of Washington,<br><br>Office of the Governor, P.O. Box 40002, Olympia, WA 98504,<br><br>ROBERT FERGUSON, in his official capacity as the Attorney General of Washington,<br><br>1125 Washington Street, SE, P.O. Box 40100, Olympia, WA 98504,<br><br>BUD SIZEMORE, in his official capacity as Chair of the Washington State Gambling Commission,<br><br>P.O. Box 42400, Olympia, WA 98504, | Civil Action No. 1:22-cv-00068-FYP |

JULIA PATTERSON, in her official capacity as Vice-Chair of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

ALICIA LEVY, in her official capacity as Commissioner of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

KRISTINE REEVES, in her official capacity as Commissioner of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

SARAH LAWSON, in her official capacity as Commissioner of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

STEVE CONWAY, in his official capacity as ex officio member of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

JEFF HOLY, in his official capacity as ex officio member of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

SHELLEY KLOBA, in her official capacity as ex officio member of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

BRANDON VICK, in his official capacity as ex officio member of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

TINA GRIFFIN, in her official capacity as Interim Director of the Washington State Gambling Commission,

P.O. Box 42400, Olympia, WA 98504,

                Defendants.

## [PROPOSED] ORDER

Having reviewed Plaintiff Maverick Gaming LLC's ("Maverick") Motion for Leave To File First Amended Complaint and To Drop Washington State Defendants and the exhibits attached thereto, it is

**ORDERED** that this Court grants Maverick leave to file the proposed amended complaint attached as Exhibit 1 to its motion; and it is further

**ORDERED** that the following defendants shall be dropped from this action:

- Jay Inslee, in his official capacity as the Governor of Washington;

- Robert Ferguson, in his official capacity as the Attorney General of Washington;

- Bud Sizemore, in his official capacity as Chair of the Washington State Gambling Commission;

- Julia Patterson, in her official capacity as Vice-Chair of the Washington State Gambling Commission;

- Alicia Levy, in her official capacity as Commissioner of the Washington State Gambling Commission;

- Kristine Reeves, in her official capacity as Commissioner of the Washington State Gambling Commission;

- Sarah Lawson, in her official capacity as Commissioner of the Washington State Gambling Commission;

- Steve Conway, in his official capacity as ex officio member of the Washington State Gambling Commission;

- Jeff Holy, in his official capacity as ex officio member of the Washington State Gambling Commission;

- Shelley Kloba, in her official capacity as ex officio member of the Washington State Gambling Commission;

- Brandon Vick, in his official capacity as ex officio member of the Washington State Gambling Commission; and

- Tina Griffin, in her official capacity as Interim Director of the Washington State Gambling Commission.

**SO ORDERED** this ___ day of _____, 2022.

_____
Florence Y. Pan
United States District Judge