UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAVERICK GAMING LLC,<br><br>  *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>  *Defendants*. | Civil Action No. 22-cv-68 (FYP) |

## ORDER

Upon consideration of the State Defendants' [31] Motion to Stay Proceedings and the State Defendants' [38] Reply reflecting the agreement of the parties, it is hereby

**ORDERED** that the State Defendants' Motion to Stay Proceedings is **GRANTED**; and it is further

**ORDERED** that the deadlines for all Defendants to respond to the [1] Complaint are stayed; and it is further

**ORDERED** that this stay shall remain in place until resolution of the State Defendants' [30] Motion to Transfer Venue and Plaintiff's [35] Motion for Leave to File First Amended Complaint and to Drop the Washington State Defendants; and it is further

**ORDERED** that upon expiration of the stay, all remaining parties shall meet and confer to set deadlines for responding to the then-operative complaint and for briefing dispositive motions.

**SO ORDERED.**

FLORENCE Y. PAN
United States District Judge

Date:   March 16, 2022