AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Maverick Gaming LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-CV-68-FYP |
| United States of America et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants United States; U.S. Dep't of Interior; Secretary Haaland; Assistant Secretary Newland      .

Date:    04/22/2022

/s/ Rebecca M. Ross
*Attorney's signature*

Rebecca M. Ross (AZ 028041)
*Printed name and bar number*
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20004
*Address*

rebecca.ross@usdoj.gov
*E-mail address*

(202) 616-3148
*Telephone number*

(202) 305-0275
*FAX number*