AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

|  |  |
|---|---|
| Maverick Gaming LLC, | ) |
| *Plaintiff* | ) |
| v. | ) |
| The United States of America, et al., | ) |
| *Defendant* | ) |

Case No.   1:22-cv-00068-FYP

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Maverick Gaming LLC                                                                                        .

Date:   04/28/2022

/s/ Lochlan F. Shelfer
*Attorney's signature*

Lochlan F. Shelfer (D.C. Bar No. 1029799)
*Printed name and bar number*

1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Address*

lshelfer@gibsondunn.com
*E-mail address*

(202) 887-3641
*Telephone number*

(202) 831-6016
*FAX number*